JOSEPH DUNN *v.* RICHARD J. FINLEY

Upon a consideration of the plaintiff's motion for reargument dated February 10, 1964, it is ordered that the order dated December 3, 1963, dismissing the appeal from the Superior Court in New Haven County at Waterbury be, and the same hereby is, set aside. The appeal will be assigned for argument in the April, 1964, term.

*William B. Hennessy,* in support of the motion.

Submitted February 11—decided February 25, 1964

SAMUEL J. HODGE *v.* FREDERICK G. REINCKE, WARDEN, CONNECTICUT STATE PRISON

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*S. William Bromson,* for the appellee (plaintiff).

*George D. Stoughton,* assistant state's attorney, for the appellant (defendant).

Argued March 3—decided March 3, 1964

NORWALK BOAT WORKS AND MARINA, INC.
*v.* JAMES C. SKAKEL

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*David J. Sullivan, Jr.,* for the appellee (defendant).

*Robert A. Slavitt,* for the appellant (plaintiff).